| People v Morris (Tasheem) | 1st Dept: 145 AD3d 474 (NY) | denied 3/13/17 (Abdus-Salaam, J.) |
|---|---|---|
| People v Morris (Willie) | 3d Dept: 140 AD3d 1472 (Albany) | denied reconsideration 3/13/17 (Rivera, J.) |
| People v Morse | 2d Dept: 144 AD3d 710 (Dutchess) | denied 3/14/17 (Fahey, J.) |
| People v Mostiller | 4th Dept: 145 AD3d 1466 (Erie) | denied 3/20/17 (DiFiore, Ch. J.) |
| People v Myhand | 4th Dept: 144 AD3d 1616 (Monroe) | denied 3/21/17 (Garcia, J.) |
| People v Nembhard | 1st Dept: 146 AD3d 407 (Bronx) | denied 3/1/17 (Fahey, J.) |
| People v Nieves | 1st Dept: 146 AD3d 609 (NY) | denied 3/21/17 (Garcia, J.) |
| People v Nunez | 1st Dept: 147 AD3d 423 (NY) | denied 3/29/17 (Garcia, J.) |
| People v Oneal | 2d Dept: 145 AD3d 1041 (Kings) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Orta | App Term, 1st Dept: 54 Misc 3d 16 (Bronx) | denied 3/1/17 (Fahey, J.) |
| People v Osteen | 4th Dept: 145 AD3d 1515 (Erie) | denied 3/30/17 (Rivera, J.) |
| People v Parrilla | 1st Dept: 145 AD3d 629 (NY) | denied 3/2/17 (Rivera, J.) |
| People v Paul | 4th Dept: 145 AD3d 1657 (Onondaga) | dismissed 3/31/17 (DiFiore, Ch. J.) |
| People v Peacock | 4th Dept: 145 AD3d 1545 (Erie) | denied 3/29/17 (Stein, J.) |
| People v Perillo | 3d Dept: 144 AD3d 1399 (Schenectady) | denied 3/2/17 (Rivera, J.) |
| People v Perkins | 3d Dept: 140 AD3d 1401 (Albany) | denied reconsideration 3/14/17 (Fahey, J.) |
| People v Phelps | County Ct, 12/19/16 (Genesee) | dismissed 3/31/17 (Stein, J.) |
| People v Pilato | 4th Dept: 145 AD3d 1593 (Monroe) | denied 3/23/17 (Stein, J.) |
| People v Pine | App Div, 3d Dept: 2016 NY Slip Op 93176(U) (Greene) | denied 3/2/17 (Rivera, J.) |
| People v Polgar | App Term, 1st Dept: 54 Misc 3d 131(A) (NY) | denied 3/22/17 (Garcia, J.) |
| People v Pope | 4th Dept: 141 AD3d 1111 (Oneida) | denied 3/21/17 (Garcia, J.) |
| People v Quinones | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 3/23/17 (Garcia, J.) |
| People v Rabsatt | 1st Dept: 146 AD3d 530 (NY) | denied 3/27/17 (DiFiore, Ch. J.) |